IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| JARED CARLILE, <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, Commissioner of the Social Security Administration, <br><br> Defendant. | MEMORANDUM DECISION & ORDER <br><br> Case No. 2:14-cv-00669 <br><br> Magistrate Judge Dustin Pead |

On June 8, 2015, Plaintiff Jared Carlile ("Plaintiff") filed his "Application For Fees and Costs" pursuant to Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(a)(1) and (d)(1)(A) (doc. 29).  In his application, Plaintiff requests an award in the amount of $2,283.05 and provides an itemized statement in support thereof.[1]  Id.  On June 19, 2015, Defendant Carolyn Colvin as the Acting Commissioner of Social Security (the"Commissioner"), filed a non-opposition to Plaintiff's application (doc. 23).

Based thereon, Plaintiff's application is hereby **GRANTED**.  Accordingly, within thirty (30) days of the date of this Order, the Commissioner shall pay Plaintiff an attorney fee and cost award of $2, 283.05.  Such award shall be payable directly to Plaintiff, not his counsel.  *See Astrue v Ratliff,* 560 U.S. 586, 595-98 (2010); *Manning v. Astrue*, 510 F.3d 1246, 1255 (10th Cir.

---

[1] This amount requested reflects an attorney fee award in the amount of $1,883.05 and an award of $400.00 for the federal court filing fee (doc. 22).  Plaintiff's fee amount is based on an attorney fee rate of $188.50 per hour and a paralegal and law clerk fee rate of $95.00 per hour. Id.  *See* 28 U.S.C.§ 2412; 28 U.S.C. § 1920.

2007), *cert. denied,* 129 S. Ct. 486 (2008).

**IT IS SO ORDERED.**

DATED this 22nd day of June, 2015.

BY THE COURT:

_____
Dustin Pead
U.S. Federal Magistrate Judge